UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

POWER THE FUTURE,

Plaintiff,

v.

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,

Defendant.

Civil Action No. 26-3266 (RBW)

**JOINT STATUS REPORT**

Pursuant to the Court's October 19, 2026, Minute Order, Plaintiff Power the Future and Defendant National Oceanic and Atmospheric Administration ("NOAA"), by and through undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") action. The parties' respective proposals for further proceedings appear below.

1. Plaintiff submitted three FOIA requests to Defendant, which were received between July 1 and August 13, 2026. Plaintiff filed this action on September 18, 2026, and Defendant answered the complaint on October 19, 2026.

A. FOIA Request DOC-NOAA-2026-001856

2. This request seeks records of former NOAA official Thomas Karl dated from November 1, 2014, through December 31, 2015. The request seeks presentations, calendar entries, meeting invitations, meeting agendas, and meeting minutes containing specified search terms. ECF 1 at 2.

3. Defendant reports it issued a final determination letter on FOIA Request DOC-NOAA-2026-001856 dated July 24, 2026, stating that it found no responsive records.
4. In response to Plaintiff's October 20, 2026 inquiry, Defendant provided Plaintiff with a copy of its final response letter and communication to Plaintiff on October 27, 2026.

B. <u>FOIA Request DOC-NOAA-2026-001871</u>

5. This request seeks records of Mr. Karl's correspondence sent or received from November 1, 2014, through December 31, 2015. Responsive correspondence had to include at least one non-.gov email address and at least one term from each of two lists of specified terms. ECF 1 at 3.
6. Defendant reports it issued a final determination letter on FOIA Request DOC-NOAA-2026-001871 dated July 24, 2026, stating that it found no responsive records.
7. In response to Plaintiff's October 20, 2026 inquiry, Defendant provided Plaintiff with what it asserts is a copy of its final response letter and communication to Plaintiff on October 27, 2026.

8. Plaintiff has conducted discrete searches of its email system and has been unable to locate the any July 24 transmissions for requests DOC-NOAA-2026-001856 and/or 001871. In its October 29, 2026 email to counsel for Defendant and November 9 and November 23 follow-ups, Plaintiff requested the original transmittal emails, preferably in .eml or .msg format, with the attachments

identified. Plaintiff also sought confirmation that the materials provided were matched to the correct requests. Those questions remain unanswered.

9. Plaintiff has asked Defendant to identify when and how each response was transmitted, including the sender, recipient, date, and attachment. Plaintiff does not agree that the October 27 materials resolve the disputed transmission history or establish that these requests have been fully resolved.

10. Defendant forwarded Plaintiff's October 29 inquiry and is conferring with the agency regarding the transmission of the final responses to request DOC-NOAA-2026-001856 and 001871, including the date of transmission and the original transmittal email, and is endeavoring to respond to Plaintiff by December 7, 2026.

C. FOIA Request DOC-NOAA-2026-002014

11. This request seeks records concerning the Subcommittee on Global Change Research ("SGCR"). The request sought any SGCR charter in effect at any time during 2014 or 2015 and any roster or membership list identifying the SGCR Principals during those years. It also sought the agendas, attendance rosters, and minutes of any SGCR meeting held from November 1, 2014, through December 31, 2015, the title or text of which contains at least one of four specified keyword terms. ECF 1 at 3.

12. Defendant reports that it has identified 15 responsive documents and anticipates completing processing and producing any responsive, non-exempt records that do not require referral or consultation by January 22, 2027.

13. Defendant proposes deferring dispositive-motion briefing until processing is

complete. Plaintiff reserves the right to seek earlier relief if warranted.

14. Defendant proposes another Joint Status Report by January 22, 2027. Plaintiff reserves its challenges to the adequacy of Defendant's searches, the timing and sufficiency of its responses, and any withholdings. Reporting Defendant's assertions and proposed dates does not signify Plaintiff's agreement that any request has been fully resolved.

Dated: November 23, 2026

Respectfully submitted,

*/s/ Matthew D. Hardin*
MATTHEW D. HARDIN
Hardin Law Office
101 Rainbow Drive PMB 11506
Livingston, TX 77399
202-802-1948
matthewdhardin@gmail.com

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Danielle D. Peraza*
DANIELLE D. PERAZA, D.C. Bar
No. 900938597
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-1764
Danielle.peraza@usdoj.gov

*Counsel for the United States of America*